IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PENNY L. PEISLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-08-1006-D ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

Upon review of the case file, and noting no timely objection to the findings and recommendation of United States Magistrate Judge Doyle W. Argo issued pursuant to 28 U.S.C. § 636(b)(1), the Court finds a waiver of further judicial review and adopts the Report and Recommendation [Doc. No. 19] in its entirety. For the reasons stated therein, the Court affirms the final decision of the Commissioner pursuant to 42 U.S.C. § 405(g).

Therefore, the Court enters judgment in favor of the Commissioner of Social Security Administration, Michael J. Astrue.

Entered this 22nd day of January, 2010.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE